UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICKO LOTT,

                    Petitioner,                    Case No. 1:08-cv-481

v.                                                 Honorable Robert J. Jonker

JOHN PRELESNIK,

                    Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

IT IS ORDERED that Petitioner must show cause within thirty days why he is

entitled to a stay of these proceedings.  If Petitioner fails to meet the requirements for a stay or fails

to timely comply with the Court's order, the Court will review only his exhausted claims.  In the

alternative, Petitioner may withdraw his motion for a stay and proceed with his exhausted claims.


Dated:  February 27, 2009                    /s/ Hugh W. Brenneman, Jr.
                                             HUGH W. BRENNEMAN, JR.
                                             United States Magistrate Judge